1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   Kyra Yalch Blower,                          CASE NO. 2:10-cv-01506-MJP

11                    Plaintiff,                 ORDER ON REQUEST FOR FRCP
                                                 56(D) CONTINUANCE
12          v.

13   University of Washington,

14                    Defendant.

15

16          The above-entitled Court, having received and reviewed

17          1.   Defendant's Motion for Summary Judgment (Dkt. No. 23)

18          2.   Plaintiff's Response to Defendant's Motion for Summary Judgment Pursuant to

19               Fed.R.Civ.P. 56(d) (Dkt. No. 26)

20          3.   Defendant's Reply in Favor of Summary Judgment (Dkt. No. 29).

21   and all attached declarations and exhibits, makes the following ruling:

22          IT IS ORDERED that Plaintiff's request for a 60-day continuance to conduct further

23   discovery before responding is GRANTED.  Plaintiff will be given 60 days from the date of this

24

ORDER ON REQUEST FOR FRCP 56(D)
CONTINUANCE- 1

1   order to conduct whatever discovery she deems necessary to properly respond to Defendant's

2   summary judgment motion.

3        IT IS FURTHER ORDERED that Plaintiff shall file her response to the summary

4   judgment motion by **April 5, 2011;** Defendant's reply shall be due on **April 8, 2011**, and the

5   motion is re-noted for that date.

6        FRCP 56(d) permits the Court to continue a motion for summary judgment upon request

7   of the responding party under certain circumstances:

8           If a nonmovant shows by affidavit or declaration that, for specified reasons, it
            cannot present facts essential to justify its opposition, the court may:
9           (1)  Defer considering the motion or deny it;
            (2) Allow time to obtain affidavits or declarations or to take discovery; or
10          (3) Issue any other appropriate order.
    FRCP 56(d).
11
12       The Court finds that Plaintiff has articulated sufficient grounds for a 56(d) continuance to

    conduct discovery "essential to justify [her] opposition," and grants her 60 days from this order
13
    in which to undertake that discovery.
14

15

16       The clerk is ordered to provide copies of this order to all counsel.

17       Dated January 28, 2011.

18

19

20                                          _____
                                            Marsha J. Pechman
21                                          United States District Judge

22

23

24